Writ refused. There appears no error of law in the judgment complained of.

156 So.2d 606

**STATE of Louisiana**

**v.**

**Ronnie M. MOORE.**

**No. 46930.**

Oct. 10, 1963.

In re: Ronnie M. Moore applying for writs of mandamus, certiorari and prohibition.

Writs refused. We find no error of law in the rulings of the District Court.

McCALEB, J., is of the opinion that writs should be granted.

156 So.2d 606

**STATE of Louisiana**

**v.**

**Joseph FORET, Jr.**

**No. 46962.**

Oct. 10, 1963.

In re: Joseph Foret, Jr., applying for writs of certiorari, prohibition and mandamus.

Writs denied. No perfected bill of exception in. the record. See Art. 499, Code of Cr.Procedure, LSA–R.S. 15:499, and State v. Richardson, 220 La. 338, 56 So.2d 568. Moreover there appears no error patent on the fact of the record.

156 So.2d 606

**Ruby B. MERCER**

**v.**

**SEARS, ROEBUCK & COMPANY.**

**No. 46917.**

Oct. 10, 1963.

In re: Ruby M. Mercer applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 155 So.2d 112.

Writ denied. Under the facts found by the Court of Appeal the judgment is correct.

McCALEB, J., is of the opinion that a writ should be granted as a matter of right since the decision is contrary to our holding in Byas v. Hotel Bentley, 157 La. 1030, 103 So. 303.

SANDERS, J., is of the opinion that the writ should be granted. See Byas v. Hotel Bentley, 157 La. 1030, 103 So. 303.

FOURNET, C. J., is of the opinion that the decision and opinion complained of is contrary to jurisprudence of this Court on the subject and a writ should be granted to correct the same as well as the many Court of Appeal decisions that seem to be to the contrary of our jurisprudence.